RICHARDS *et al. v.* CITY OF ATLANTA; *et vice versa.*

HEAD, Justice.   The ruling made in *Pilgreen* v. *City of Atlanta,* 204 *Ga.* 710 (51 S. E. 2d, 655), is controlling on the questions made in this case. *Judgment reversed on the main bill of exceptions and affirmed on the cross-bill. All the Justices concur.*

Nos. 16568, 16569.   MARCH 16, 1949.

*Augustine Sams* and *Grigsby H. Wotton,* for plaintiffs.

*J. C. Savage, J. C. Murphy, J. M. B. Bloodworth,* and *John E. Feagin,* for defendant.